| | |
|---|---|
| DATE | 6/12/14 |
| LOCATION | Plano |
| JUDGE | Don D Bush |
| DEPUTY CLERK | Toya McEwen |
| COURT REPORTER: | Digital Recording |
| INTERPRETER: | |
| USPO: | |
| BEGIN: | 10:44 am |

CASE NUMBER **4:14cr35 RAS/DDB**
USA Ernest Gonzalez _____ Assigned
Camelia Lopez _____ Appeared

NIKKI LEIGH McMENAMY (4)
Defendant
Kirk Lechtenberger, RET    (First appearance)
Attorney

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 12 2014
BY DAVID J. MALAND, CLERK
DEPUTY

☑ INIT APPEARANCE on Indictment
☑ ARRAIGNMENT

☑ Hearing Held    ☐ Hearing Called    ☑ Defendant Sworn    ☐ Interpreter Sworn

☑ Dft appears on Indictment: ☑ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft

☑ Date of arrest: 6/11/14    (In another district & case #) _____

☑ Dft ☑ advised of charges    ☐ advised of maximum penalties    ☑ advised of right to remain silent;
    ☑ advised of right to counsel    ☑ received copy of indictment

☑ Dft first appearance with counsel ☐ CJA ☑ Ret. ☐ USPD (Do Not Docket In Mag. Case - Without Consent)
    Attorney: **Kirk Lechtenberger**

☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.
☐ Dft Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☐ unable to employ counsel.
☐ _____ appointed    ☐ U.S. Pub Defender _____ appointed
☐ Govt motion for detention    ☐ Govt oral motion for continuance    ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing    ☐ Oral Order granting ☐ Oral Order denying
☐ Detention Hrg set
☐ Arraignment set _____
☐ Order setting conditions of release    ☐ Bond executed, dft released;
☐ Dft ordered to answer in prosecuting district
☐ Dft signed Waiver of Detention Hearing    ☐ Dft ordered removed to Originating District
☐ Defendant remanded to custody of U.S. Marshal.
☐ Dft failed to appear,    ☐ oral order for arrest warrant;    ☐ bond forfeited

## ARRAIGNMENT

☑ Arraignment held.    ☐ Arraignment called.    ☐ Arraignment reset: _____

☑ Dft ☑ sworn
    ☑ received copy of charges    ☐ discussed charges with counsel    ☐ charges read
    ☑ waived reading of charges

Dft enters a plea of: ☑ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser

CRIM 92-116    ☐ See reverse/attached for additional proceedings    10:48 am Adjourn

to counts: ☐ ☐ ☐
☐ all counts ☐ indictment includes forfeiture provisions

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conference / jury selection and trial setting on :
**Monday, August 4, 2014 at 9:00 AM before Judge Richard Schell, in Plano, Texas**

☐ Government motion _____.

☐ Defendant motion _____.

☐ Defendant remanded to custody USM ☑ Defendant released on Conditions for Release after processing by USMO

☑ Recess __10:48 am_____