IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:14cr35 |
| | § | |
| GINA SPRATLING (1) | § | |
| CHRIS NEWTON KEY (3) | § | |

**ORDER GRANTING DEFENDANTS' MOTIONS FOR CONTINUANCE**

Before the court are the Defendants' motions for continuance [de#84, 85]. The court finds as follows:

1. The requests for continuance are made knowingly, intelligently and voluntarily;

2. There are no objections by the Government to a continuance of the case;

3. The ends of justice served by granting the Defendants' requests outweigh the best interest of the public and the Defendants in a speedy trial; and

4. This continuance is required to assure the necessary time for counsel to effectively prepare for trial, taking into account the exercise of due diligence.

Defendants' motions are **GRANTED,** and this case is **RESET** for a pretrial hearing on **Monday, January 5, 2015, at 9:00 a.m.  IN THE INTEREST OF JUDICIAL ECONOMY, this order will apply to the following defendants in this case: Gina Spratling (1), Chris Newton Key (3), Nikki Leigh McMenamy (4).**

SIGNED this the 31st day of October, 2014.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE